**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| ScanSource, Inc.                              ) | |
|                                               ) | C. A. No.: 6:23-cv-03805-TMC |
|     Plaintiff,            ) | |
| v.                                            ) | |
|                                               ) | |
| Courier Plus, Inc., d/b/a Dutchie,            ) | |
| Inc.                                          ) | |
|                                               ) | |
|     Defendant.            ) | |

## NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES

W. Kyle Dillard of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorney for Defendant, moves this Court for an Order of Protection from being called to trial or having any motions or other hearings scheduled before this Honorable Court for the following periods of time:

| W. Kyle Dillard | May 1 to May 31, 2024 | Previously scheduled trials |
|---|---|---|

Respectfully submitted this 26th day of September, 2023.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

1

2

Respectfully submitted,

By:     s/W. Kyle Dillard

W. Kyle Dillard (Fed. ID No. 7941)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
PO Box 2757
Greenville, SC 29602-2757
Phone:   864-271-1300
Fax:       864-235-8806
E-mail: kyle.dillard@ogletree.com

**Attorneys for Dutchie, Inc.**

2

58511349.v1-OGLETREE